AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Juan Jose SOSA-Sanchez<br><br><br>_Defendant(s)_ | )<br>)<br>)  Case No: MJ 10-1076<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 12, 2010</u> in the county of <u>Sierra</u> in the <u>State and</u> District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1326(a)(1)/(b)(1)(Re-Entry After Deport Felon)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Aggravated Driving Under The Influence, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agent Thomas Mechem on April 12, 2010 on New Mexico highway 60 near Magdalena, New Mexico in Sierra County. The defendant is a Mexican citizen illegally in the United States. Record checks indicate that the defendant was deported from the United States to Mexico on September 18, 2008. This deportation was subsequent to a conviction of a felony Aggravated Driving Under The Influence on April 27, 2005 in Phoenix, Arizona. There is no evidence to indicate that the defendant has received the permission of the appropriate authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

Jaime Barrientos, BORDER PATROL AGENT
_Printed name and title_

Sworn to before me and signed in my presence.

Date: April 14, 2010

City and state: Las Cruces, N.M.

_____
_Judge's signature_
**CARMEN E. GARZA**
**U.S. MAGISTRATE JUDGE**
_Printed name and title_